**Mark Munroe, appellee, v. Crane Company, appellant. Gen. No. 29,323.**

Action for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. McDonald, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 16, 1924.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. John E. Crahen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Thomas J. Sweeney, appellee, v. City of Chicago et al., appellants. Gen. No. 29,345.**

Petition for mandamus to compel certification and appointment of petitioner to position in fire department. Order for writ entered. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed. Opinion filed December 16, 1924.

Francis X. Busch, Corporation Counsel, and Carl H. Lundquist, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Frank A. Zufelt, appellee, v. A. M. Andrews & Company et al., appellants. Gen. No. 29,357.**

Action to recover damages for fraud and deceit in the sale of stock. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924. Rehearing denied December 27, 1924.

Louis J. Behan and William J. Corrigan, for appellants. Carpenter, Barnhardt & Reynolds, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Anna Schoor, a minor, by her father and next friend, John Schoor, appellee, v. Helena Dehmlow Hinze, trading as Dehmlow's Cleaning & Dyeing Works, appellant. Gen. No. 29,366.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed if there is a remittitur to $7,500. Opinion filed December 16, 1924. Remittitur filed December 24, 1924.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Morse Ives, H. H. Patterson and Chas. C. Bodenstab, for appellee.

Mr. Justice Barnes delivered the opinion of the court.